IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jesse M. James, | ) | C/A: 0:13-210-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Lancaster Sheriff's Department, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 30, 2013, this court adopted the Report and Recommendation of the Magistrate Judge and dismissed this action without prejudice and without issuance and service of process. The plaintiff has filed a post-judgment pleading entitled "Motion for Inquiry of Judge's Opinion." Here, the plaintiff asks the court to help him "find out and show me what authority, statutes, and/or case laws that the Honorable Anderson, Jr. produced to dismiss this case without prejudice." The plaintiff indicates his intent to further pursue and resubmit his § 1983 action against the defendants.

The Report fully sets out the Magistrate Judge's analysis of statutory and case law upon which she relied in recommending dismissal of this action. This court found such reasoning and analysis to be proper and adopted and incorporated the Report into its order of dismissal without a full recitation of the relevant facts and standards of law which were already set out in the Report. Accordingly, it is not necessary for this court to further explain its reasoning in another order or opinion for the plaintiff. The plaintiff's motion (ECF No. 29) is therefore denied.

IT IS SO ORDERED.

October 1, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge